IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RESHAPE LIFESCIENCES INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-260 (CFC) |
| | ) |
| ALLURION TECHNOLOGIES, INC. | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ReShape Lifesciences Inc. hereby dismisses this action **without prejudice**. Defendant Allurion Technologies, Inc. has not yet been served with the Complaint and has not yet answered the Complaint or moved for summary judgment.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

OF COUNSEL:

Christopher D. Bright
Ketan S. Vakil
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, CA  92626-7689
(714) 427-7000

May 31, 2023

Karen Jacobs (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Plaintiff
ReShape Lifesciences Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Karen Jacobs*

Karen Jacobs (#2881)